John Ennis, Appellant, v State of New York, Respondent.

Submitted June 20, 2011; decided September 15, 2011

Motion, insofar as it seeks leave to appeal from the March 9, 2011 Appellate Division order denying claimant's motion to vacate the dismissal of his appeal, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution; motion, insofar as it seeks leave to appeal from the June 28, 2010 Appellate Division order, denied.

Galasso, Langione & Botter, LLP, et al., Respondents, v Thomas F. Liotti, Defendant and Third-Party Plaintiff-Appellant. Frederick K. Brewington, Third-Party Defendant-Respondent.

Submitted July 5, 2011; decided September 15, 2011

Motion, insofar as it seeks leave to appeal from the April 2011 Appellate Division order imposing sanctions and so much of the February 2011 Appellate Division order as affirmed Supreme Court's order dismissing the third-party complaint and affirmed Supreme Court's order awarding sanctions in favor of third-party defendant Frederick K. Brewington, denied; motion for leave to appeal otherwise dismissed upon the ground that the remaining portions of the orders sought to be appealed from do not finally determine an action within the meaning of the Constitution.

In the Matter of Said Gssime, Appellant, v New York State Division of Parole, Respondent.

Submitted July 18, 2011; decided September 15, 2011

Motion for leave to appeal dismissed upon the ground that the issues presented have become moot.